IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS OMEKAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-02134-JDB |
| METROPOLITAN POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

**DEFENDANTS METROPOLITAN POLICE DEPARTMENT, ETHEL JONES, NOLA JOYCE, AND RICKY MITCHELL'S
MOTION TO EXTEND DATE FOR RESPONSE TO COMPLAINT**

Defendants Metropolitan Police Department, Ethel Jones, Nola Joyce and Ricky Mitchell, by and through undersigned counsel, hereby move that this Court extend the time within which they must respond to the complaint herein.

The Metropolitan Police Department was served on or about December 13, 2007. As a result, its response was due on January 2, 2008. Defendant Jones was served on approximately December 20, 2007, and her response was due, therefore, on January 9, 2008. Defendant Mitchell was served on approximately December 24, 2007, and his response is due, accordingly, on January 14, 2008. Defendant Joyce was served on December 28, 2007, and her response is due on January 17, 2008.

Counsel was unable to obtain the consent of the pro se plaintiff Chris Omekam to the filing of this Motion and the relief requested herein.

A memorandum of points and authorities in support of this Motion is attached hereto and incorporated herein. A proposed Order is also enclosed.

WHEREFORE defendants request that this Court extend the due date for their responses

to the complaint, through and including March 18, 2008.

Date:  January 10, 2008         Respectfully submitted,

                                PETER NICKLES
                                Interim Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division

                                /s/ Kimberly Matthews Johnson_____
                                KIMBERLY MATTHEWS JOHNSON, #435163
                                Chief, General Litigation Section 1

                                /s/ Michelle Davy_____
                                MICHELLE DAVY, #454524
                                Assistant Attorney General
                                Sixth Floor South
                                441 4th Street, N.W.
                                Washington, D.C. 20001
                                (202) 724-6608; (202) 727-3625 (fax)
                                E-Mail:michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 10th day of January, 2008, that a copy of the foregoing Defendants' Motion to Extend was delivered through ECF or first class U.S. mail postage prepaid to:

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735

                                _____/s/_____
                                Michelle Davy
                                Assistant Attorney General

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CHRIS OMEKAM,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-02134-JDB |
| **METROPOLITAN POLICE DEPARTMENT, et al.,** | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS METROPOLITAN POLICE DEPARTMENT, ETHEL JONES,
NOLA JOYCE, AND RICKY MITCHELL'S
MOTION TO EXTEND DATE FOR RESPONSE TO COMPLAINT**

In support of their Motion, these defendants herein submit their memorandum of points and authorities, stating as follows:

1. On November 23, 2007, the pro se plaintiff filed the instant complaint.

2. The Metropolitan Police Department was served on or about December 13, 2007. As a result, its response was due on January 2, 2008. Defendant Jones was served on approximately December 20, 2007, and her response was due, therefore, on January 9, 2008. Defendant Mitchell was served on approximately December 24, 2007, and his response is due, accordingly, on January 14, 2008. Defendant Joyce was served on December 28, 2007, and her response is due on January 17, 2008. Defendants now move to continue their respective response dates.

3. Undersigned counsel was assigned this matter on or about December 20, 2008. The file contained documentation of the December 13, 2007 service date on the Metropolitan Police Department. Counsel received Ms. Joyce's request for representation on January 3, 2008. Since counsel was not retained until today to represent Ms. Jones, counsel was not authorized to

3

respond to the complaint by yesterday when, according to counsel's calculations, the initial 20 day period for Ms. Jones had run. Counsel received Ms. Jones and Mr. Mitchell's requests on January 10, 2008.

5.  Ms. Jones failed to get her request for representation to counsel, and counsel failed to file a response on behalf of the Metropolitan Police Department due to inadvertence, the intervening holidays, and the press of other business. The issue of Ms. Jones' representation by the OAG was not perfected until today. Defendant Jones has been sued in her official capacity and has incurred this lawsuit due to her duties as a District government employee. Both she and the Metropolitan Police Department need to be able to answer the complaint and prosecute it appropriately to a just conclusion.

6.  Fed. R. Civ. P. 6(b) provides, in relevant part, that:

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion…(2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…."

7.  Fed. R. Civ. P. 6(b) specifically confers upon the Court the "discretion" related to late filings. *See Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5 (1990). *See also*, *Gwendolyn Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005), confirming the Court's discretion to order the requested relief. The *Smith* Court recognized that it has been quite deferential to Rule 6(b) decisions in the past, even affirming a deadline extension that was granted without a formal finding of excusable neglect when the court found no prejudice to the other party. *See Yesudian ex rel. United States v. Howard Univ.,* 348 U.S. App. D.C. 145, 207 F.3d 969, 917 (D.C. Cir. 2001).

8.  Defendants Metropolitan Police Department and Jones' failure to timely respond to the

4

complaint or seek a continuance of their response dates was due to excusable neglect. Plaintiff will endure no prejudice should the requested relief be granted.

9. According to counsel's calculations, defendant Mitchell and Joyce's responses are due on January 14 and 17, 2008, respectively. The due dates have not passed for these submissions. Fed. R. Civ. P. 6(b) further provides that:

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…."

10. Counsel needs additional time in which to investigate the facts and determine appropriate defenses for these defendants. Counsel was just assigned this case, as indicated above, and already has a heavy calendar this month and next including numerous dispositive motions scheduled to be filed in this Court and in the Superior Court, intensive discovery obligations in several cases, including a complex wrongful death case, and various court appearances.

11. It will also aid the Court and promote judicial economy if a unified response date is chosen for these defendants rather than having counsel filing rolling submissions for the Court to entertain.

12. There are additional defendants that have not been properly served.

WHEREFORE defendants request that this Court extend the due date for their responses to the complaint, through and including March 18, 2008.

Date: January 10, 2008          Respectfully submitted,

                                PETER NICKLES
                                Interim Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division

        /s/ Kimberly Matthews Johnson_____
        KIMBERLY MATTHEWS JOHNSON, #435163
        Chief, General Litigation Sec. I

        /s/ Michelle Davy_____
        MICHELLE DAVY, #454524
        Assistant Attorney General
        Sixth Floor South
        441 4th Street, N.W.
        Washington, D.C. 20001
        (202) 724-6608
        (202) 727-3625 (fax)
        E-Mail: michelle.davy@dc.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY this 10th day of January, 2008, that a copy of the foregoing Memorandum of Points and Authorities in Support of Defendants' Motion to Extend was delivered through ECF or first class U.S. mail postage prepaid to:

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735

        \_\_\_\_\_/s/_____
        Michelle Davy
        Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**CHRIS OMEKAM,**                   )
                                    )
    **Plaintiff,**          )
                                    )
v.                                  ) Civil Action No.  07-02134-JDB
                                    )
**METROPOLITAN POLICE DEPARTMENT, et. al.,** )
                                    )
    **Defendants.**         )
_____ )

### ORDER

UPON CONSIDERATION of Defendants Metropolitan Police Department, Ethel Jones, Nola Joyce and Ricky Mitchell's Motion to Extend Date for Response to Complaint, and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that defendants' Motion be and hereby is GRANTED; and it is hereby

FURTHER ORDERED:  that defendants' responses shall be due by or before March 18, 2008.

SO ORDERED.

                                                                          _____
                                                                         JUDGE JOHN D. BATES

cc:  Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735