UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHRIS OMEKAM,

Plaintiff,

v.

METROPOLITAN POLICE
DEPARTMENT, et al.,

Defendants.

Civil Action No. 07-2134 (JDB)

ORDER

Upon consideration of [2] defendants' motion for an extension of time, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that defendants Metropolitan Police Department, Ethel Jones, Nola Joyce, and Ricky Mitchell shall answer or otherwise respond to the complaint by not later than March 18, 2008.

Absent extraordinary circumstances no further extensions will be granted.

/s/
JOHN D. BATES
United States District Judge

Date:   January 11, 2008

-1-

Copies to:

Michelle Davy
Office of the Attorney General for the District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, DC 20001

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735