AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Chris C. Omekam

**SUMMONS IN A CIVIL CASE**

V.

D.C. Metropolitan Police Department, et al.

CASE NUMBER: 07-2134 JDB

TO: (Name and address of Defendant)

Ricky Mitchell
Metropolitan Police Department, Recruiting Division
No. 6 D.C. Village Lane, S.W., Building 1-A
Washington, D.C. 20032

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'  (name and address)

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

12-6-07
DATE

(By) DEPUTY CLERK

ORIGINAL

Defendant: Ricky Mitchell 07-2134JDB

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/26/07 at 10:32 AM. |
|---|---|
| NAME OF SERVER (PRINT) Brian McCoy | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where MPDC Recruiting, #6 D.C. Village Drive, #1-A, Washington, D.C. 20032.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

☐ Returned

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 12/26/07
Date

Brian McCoy
*Signature of Server*

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

*Address of Server*

RECEIVED
JAN 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Chris C. Omekam

**SUMMONS IN A CIVIL CASE**

V.

D.C. Metropolitan Police Department, et al.

CASE NUMBER: 07-2134 JDB

TO: (Name and address of Defendant)

Ethel M. Jones, Inspector
9512 Fox Run Drive
Clinton, MD 20735

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S (name and address)

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

12-6-07
DATE

(BY) DEPUTY CLERK

Defendant: Ethel M. Jones 07-2134 JDB

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/18/07 at 1:14 p.m. |
|---|---|
| NAME OF SERVER (PRINT) Brian McCoy | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where 9512 Fox Run Dr, Clinton, Maryland 20735

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

☐ Returned

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES ~~$150.00~~ BM $75.00 | TOTAL ~~$150.00~~ BM $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 12/23/07 Brian McCoy
Date *Signature of Server*

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

*Address of Server*

RECEIVED
JAN 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Chris C. Omekam

**SUMMONS IN A CIVIL CASE**

V.

D.C. Metropolitan Police Department, et al.

CASE NUMBER: 07-2134 JDB

TO: (Name and address of Defendant)

Debra Hoffmaster
240-Hereford Court
Millersville, MD 21108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF (name and address)

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

12-6-07
DATE

(By) DEPUTY CLERK

Defendant: Debra Hoffmaster 07-2134JDB

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/16/07 9:07 p.m. |
|---|---|
| NAME OF SERVER (PRINT) BRIAN McCOY | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where 240 Hereford Court. Millersville, Maryland 21108.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

☐ Returned

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 12/30/07 Brian McCoy
Date *Signature of Server*

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

*Address of Server*

RECEIVED

JAN 10 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Chris C. Omekam

**SUMMONS IN A CIVIL CASE**

V.

D.C. Metropolitan Police Department, et al.

CASE NUMBER: 07-2134 JDB

TO: (Name and address of Defendant)

Nola M. Joyce
702-6th Street, S.W.
Washington, D.C. 20024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE [redacted] (name and address)

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

12-6-07
DATE

[signature]
(By) DEPUTY CLERK

ORIGINAL

Defendant: Nola M. Joyce : 07-2134 JDB

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/28/07 at 12:14 p.m. |
|---|---|
| NAME OF SERVER (PRINT) Brian McCoy | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where 702 6th Street, S.W. Washington, D.C. 20024.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

☐ Returned

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Multiple Attempts $150.00 | TOTAL $150.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 12/30/07
Date

Brian McCoy
*Signature of Server*

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

*Address of Server*

RECEIVED

JAN 10 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Chris C. Omekam

**SUMMONS IN A CIVIL CASE**

V.

D.C. Metropolitan Police Department, et al.

CASE NUMBER: 07-2134 JDB

TO: (Name and address of Defendant)

[redacted]
D.C. Metropolitan Police Department
300 Indiana Avenue, N.W., 5th Floor
Washington, D.C. 20001
SERVE: OFFICE OF CHIEF OF POLICE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'[redacted] (name and address)

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

12-6-07
DATE

(BY) DEPUTY CLERK

Not of Right to Consent to Trial before US Magistrate Judge
Compl.
Initial Electronic Case Filing Order & Registration Form

ORIGINAL

Defendant: MPDC, et al. 07-2134 JDB

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE ON 12/13/07 at 11[50] A.M. |
|---|---|
| NAME OF SERVER (PRINT) James D. Binsted | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where Brenda Wilmore, authorized Rep. Room 4135, 300 Indiana Ave, NW., Wash. D.C. 20001.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

☐ Returned

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 12/23/07 [signature]
Date — *Signature of Server*

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

*Address of Server*

RECEIVED

JAN 10 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.