UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CHRIS OMEKAM,                                        )
                                                     )
          Plaintiff,                                 )
                                                     )
v.                                                   ) Civil Action No.  07-02134-JDB
                                                     )
METROPOLITAN POLICE DEPARTMENT, et al.,              )
                                                     )
          Defendants.                                )
_____)

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants, District of Columbia Metropolitan Police Department, ("MPD"), Nola M. Joyce ("Joyce"), Debra Hoffmaster[1] ("Hoffmaster"), Ethel Jones ("Jones"), and Ricky Mitchell ("Mitchell"), through undersigned counsel, respectfully moves this Honorable Court for an enlargement of time within which to serve an answer or otherwise respond to the Complaint, stating:

1.      By Order of this court of January 11, 2008, the Defendants are required to file responsive pleadings no later than March 18, 2008.

2.      This matter was reassigned to the undersigned counsel on this date, March 18, 2008.

3.      Now that undersigned counsel has been assigned to this matter, defendants request a 10-day enlargement of time to become familiar with this case, and to prepare and serve an appropriate response to the Complaint.  Fed. R. Civ. P. 6(b)(1).  If this motion is granted, defendant would be required to respond to the Complaint on or before March 28, 2008.

---

[1] Defendant Hoffmaster maintains that she was not properly served with the complaint in this matter.  Defendant Hoffmaster does not waive the right to challenge service of process.

4.      If this motion is granted, undersigned counsel is confident that a responsive pleading can be filed on behalf of the Defendants on or before March 28, 2008.

In support of this motion, defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

PETER J. NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/   Darrell Chambers
DARRELL CHAMBERS[2]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C.  20001
202-724-6539
e-mail: darrell.chambers@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 18th day of MARCH, 2008, a copy of Defendants' Motion For Enlargement of Time to Respond to Complaint was served by first class postage prepaid U.S. mail on:

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735

/S/   Darrell Chambers
DARRELL CHAMBERS

---

[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
CHRIS OMEKAM,                                   )
                                                )
        Plaintiff,                              )
                                                )
v.                                              ) Civil Action No.  07-02134-JDB
                                                )
METROPOLITAN POLICE DEPARTMENT, et al.,         )
                                                )
        Defendants.                             )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES

1.      Fed. R. Civ. P. 6(b)(1).

3.      All the reasons set forth in the accompanying motion.

4.      The inherent authority of the Honorable Court.


                        Respectfully submitted,

                        PETER J. NICKELS
                        Interim Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

                        /S/  Kimberly M. Johnson
                        KIMBERLY M. JOHNSON [435163]
                        Chief, Civil Litigation Sec. I

                        /S/   Darrell Chambers
                        DARRELL CHAMBERS
                        Assistant Attorney General
                        441 4TH Street, NW, Suite 600 South
                        Washington, D.C.  20001
                        202-724-6539
                        e-mail: darrell.chambers@dc.gov
                        Attorney for Defendants

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of MARCH, 2008, copies of the foregoing

Motion for Enlargement of Time to Respond to the Complaint, Memorandum of Points and

Authorities, and Proposed Order were mailed first class, postage prepaid to:

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735
Plaintiff, pro se


/S/   Darrell Chambers
DARRELL CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CHRIS OMEKAM,                              )
                                           )
        Plaintiff,                         )
                                           )
v.                                         ) Civil Action No.  07-02134-JDB
                                           )
METROPOLITAN POLICE DEPARTMENT, et al.,    )
                                           )
        Defendants.                        )
_____)

**<u>ORDER</u>**

UPON CONSIDERATION of the Defendant's Motion, and any opposition thereto, it is

this _____ day of _____ 2008, by the United States District Court for the District

of Columbia, ORDERED and ADJUDGED:

    1.    That the Motion is hereby GRANTED; and

    2.    That the Defendants shall file responsive pleadings no later than Friday March 28,

2008.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
CHRIS OMEKAM,                                       )
                                                    )
        Plaintiff,                                  )
                                                    )
v.                                                  ) Civil Action No.  07-02134-JDB
                                                    )
METROPOLITAN POLICE DEPARTMENT, et al.,             )
                                                    )
        Defendants.                                 )
_____)

## ORDER

      UPON CONSIDERATION of the Defendant's Motion, and any opposition thereto, it is

this _____ day of _____ 2008, by the United States District Court for the District

of Columbia, ORDERED and ADJUDGED:

      1.      That the Motion is hereby GRANTED; and

      2.      That the Defendants shall file responsive pleadings no later than Friday March 28,

2008.


                              _____
                              UNITED STATES DISTRICT JUDGE