UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRIS OMEKAM, )
)
    Plaintiff, )
v. ) Civil Action No. 07-02134-JDB
)
METROPOLITAN POLICE DEPARTMENT, et al., )
)
    Defendants. )
_____ )

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of said Court will please **enter** the appearance of Darrell Chambers, Assistant Attorney General, on behalf of Defendants, the Metropolitan Police Department, Nola M. Joyce, Debra Hoffmaster[1], Ethel Jones, and Ricky Mitchell and **strike** the appearance of Michelle Hamilton Davy. Pursuant to the Local Rules of the United States District Court for the District of Columbia, Darrell Chambers has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

    Respectfully submitted,

    PETER NICKELS
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    \S\ KIMBERLY M. JOHNSON
    KIMBERLY M. JOHNSON [435163]
    Chief, General Litigation Sec. I

    \S\ DARRELL CHAMBERS
    DARRELL CHAMBERS
    Assistant Attorney General
    441 4TH Street, N.W., 6th Floor South
    Washington, D.C. 20001
    darrell.chambers@dc.gov
    202-724-6539; 202-727-3625

---

[1] Defendant Hoffmaster maintains that she was not properly served with the complaint in this matter. Defendant Hoffmaster does not waive the right to challenge service of process.