UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| Chris Omekam, )<br>)<br>Plaintiff )<br>)<br>V. )<br>)<br>Metropolitan Police )<br>Department, et al, )<br>)<br>Defendants. ) | Civil Action No. 07-2134 (JDB) |

**MOTION FOR AN IMMEDIATE ORDER FOR A DEFAULT
JUDGMENT AGAINST THE DEFENDANTS UNDER RULE
12 (a)(1)(A) & (4)(B); RULE 55 (a)(b)(1)&(2); AND RULE 56 (a) OF
THE FEDERAL RULES OF CIVIL PROCEDURE GRANTING
PLAINTIFF REFIEF OF COMPENSATORY AND PUNITIVE
DAMAGES REQUESTED IN THE ORIGINAL COMPLAINTS,
COST AND SUCH OTHER RELIEFS AS MAY BE APPROPRIATE**

INTRODUCTION

Plaintiff, by Pro se, hereby requests that this Honorable Court issue a Court Order for *Default Judgment* against the Defendants for the reasons cited in the above Rules of Civil Procedures. Failure to respond to the *Summons* has prompted feelings of emotional distress on Plaintiff, subjected once more to the pattern of behavior reminiscence of injustice experience in the hands of

1

the Defendants and possible future retaliatory action by the Government of the District of Columbia.

## BACKGROUND

This case involves the following:

- Discrimination against the plaintiff in his employment because of his national origin in violation of Civil Rights Act of 1870, 42 U.S.C. §§ 1981 and 1985, the fourteen Amendment to the United States Constitution, the Civil Rights Act of 1991 and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq.

- Defendants inability to protect plaintiff from hostile work environment by failing to provide plaintiff a work environment free of discrimination and intimidation.

- Conspiracy by Defendants to harm Plaintiff through their unjustifiable actions defaming Plaintiff's character and distorting Plaintiff's performance through a fabricated documented letter of warning to Plaintiff.

- Defiance of the Defendant(s), Inspector Jones for failing to honor the reversal of her Performance Evaluation Rating Result by the Metropolitan Police Department's Performance Evaluation Appeal Committee and her

determination to engage in an unfairly treatment of the Plaintiff by means of retaliation.

## ISSUE

Does the Plaintiff deserve such deplorable and demeaning treatment after so many years of dedications, hard work, and meritorious services provided to the Metropolitan Police Department?

## JURISDICTION & RIPENESS FOR DEFAULT JUDGMENT

1. Jurisdiction is based upon Federal Law pursuant to Title VII of the Civil Rights Act of 1964, and EEOC Directive Transmittal Number 915.003, Section 13: National Origin Discrimination, December 2, 2002.

2. A Default Judgment cause of action is ripe because the complaint for the cause of action was filed on 23rd day of November, 2007, and served to the Defendants on the 13th day of December, 2007, and yet the Defendants failed to answer to the Summons, with two (2) concurrent subsequent extensions granted by the Honorable Judge John D. Bates of the United States District Court.

3. Plaintiff needs and pray for expeditious conclusion of this matter.

WHEREFORE, Plaintiff seeks a Summary Default Judgment against the Defendants.

Respectfully submitted,

*Chris C. Omekam*

Chris C. Omekam, Plaintiff

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735
202.277.1203 (telephone)
202.730.0516 (fax)