*Leave to file GRANTED*

/s/ John D. Bates  4/17/08
John D. Bates
United States District Judge

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Chris Omekam, Plaintiff

vs.

Metropolitan Police Department, et al, Defendants

Civil Action No. 07-2134 (JDB)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __11th__ day of __April__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __failed to answer the Summons that__ was [were]: [personally served with process on __13th day of December, 2007__].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):

_____ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):

_____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

_____ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Chris C. Omekam
Attorney for Plaintiff(s) [signature]
5920 Plata Street
Maryland, 20735
202-277-1203

Bar Id. Number

Address and Telephone Number