Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHRIS OMEKAM
_____

            Plaintiff(s)

                                                    Civil Action No.  07-2134 JDB  _____

        V.


METROPOLITAN POLICE DEPARTMENT, ET
AL.,
_____

            Defendant(s)


RE:
        DEFENDANTS


## DEFAULT


It appearing that the above-named defendant(s) failed to plead or otherwise defend this action

though duly served  with summons and copy of the complaint     on   December 13,16,18, 26, 28, 2007   , and an

affidavit on behalf of the plaintiff having been filed, it is this  17th  day of  _____April_____,  2008  declared

that  defendant(s) is/are in default.




                                        NANCY MAYER-WHITTINGTON, Clerk




                                                        /s/ Tawana Davis
                            By:  _____

                                            Deputy Clerk