UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS OMEKAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-02134-JDB |
| METROPOLITAN POLICE DEPARTMENT, et al., | ) ) ) |
| Defendants. | ) ) |

## THE DEFENDANTS' MOTION TO VACATE DEFAULT

Defendants, Metropolitan Police Department ("MPD"), Ethel Jones ("Jones"), Debra Hoffmaster ("Hoffmaster"), Nola Joyce ("Joyce"), and Ricky Mitchell ("Mitchell"), collectively referred to herein as Defendants, by and through counsel, pursuant to Fed. R. Civ. P. 55(c) and 60(b), files this Motion to Vacate Default, stating:

1. On or about April 11, 2008, Plaintiff filed a motion for an immediate order for default judgment claiming the Defendants failed to file a responsive pleading by the court ordered deadline. The motion was electronically entered into the court's docket on April 17, 2008 and undersigned counsel received the motion via electronic mail on April 17, 2008. See Court Docket Entries attached and marked as Exhibit #1.

2. On or about April 11, 2008, Plaintiff filed an affidavit certifying that the Defendants failed to plead or otherwise respond to his complaint. See Affidavit in Support of Default attached as Exhibit #2. The Affidavit was electronically entered into the court's docket on April 23, 2008.

3. On or about April 17, 2008 the Clerk of this Court entered a Default against the Defendants on the basis that the Defendants failed to plead or otherwise defend this

action though duly served with the summons and complaint in December of 2007. See *Default* attached as Exhibit #3. The Default was electronically entered into the Court's docket on April 23, 2008.

4. Plaintiff's affidavit is false and misleading in that the Defendants filed a Motion to Dismiss on March 28, 2008, as required by this Court's Order of March 18, 2008. See Court Docket Entries attached as Exhibit #1; Defendants also refer the Court to their Motion to Dismiss the complaint, already a part of the Court's record.

5. Undersigned counsel for the Defendants mailed a copy of the Motion, exhibits, and proposed order to Plaintiff at his address of record on March 28, 2008.

6. For reasons more fully explained in the District's memorandum in support of this motion to vacate default.

**WHEREFORE**, Defendants request this court to vacate the default entered against them and grant such further relief as the nature of this cause shall require.

Respectfully submitted,

PETER J. NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/ Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec/I

/S/ Darrell Chambers
DARRELL CHAMBERS[1]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C. 20001
202-724-6539
e-mail: darrell.chambers@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRIS OMEKAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-02134-JDB |
| METROPOLITAN POLICE DEPARTMENT, et al., | ) ) ) |
| Defendants. | ) ) |

### MEMORANDUM OF POINTS AND AUTHORITIES
### IN SUPPORT OF MOTION TO VACATE DEFAULT

Defendant, District of Columbia, by and through counsel, pursuant to Fed. R. Civ. P. 55(c) and 60(b) files this Memorandum in Support of Motion to Vacate Default, stating:

### ARGUMENT

a. **The Clerk of the Court has been misled to believe that the Defendants failed to plead or defend this case. On the contrary, the Defendants filed a timely responsive pleading on March 28, 2008.**

On April 11, 2008, Plaintiff filed an affidavit with the Clerk of the Court indicating that the Defendants failed to answer the summons that was personally served on them on December 13, 2007. See *Plaintiff's Affidavit in Support of Default* attached hereto as Exhibit #2. On April 23, 2008, the Clerk of this Court entered a default against the Defendants, backdated to April 17, 2008, for failure to plead or otherwise defend this action. Plaintiff's affidavit is factually inaccurate and Plaintiff has not exercised candor with this Court or the Clerk of the Court. In fact, Defendants, through undersigned counsel, filed a motion to dismiss the complaint, which was mailed to Plaintiff by first class mail on March 28, 2008. See Defendants' Motion to Dismiss. The Clerk accepted the Defendants' filing on March 28, 2008. See Docket Entries

attached as Exhibit #1. Clerical mistakes are express grounds for relief by motion under subdivision (a) to Fed. R. Civ. P. 60. In the case *sub-judice* the Plaintiff filed an inaccurate affidavit with the Clerk of the Court. As a result of the misleading statements made by Plaintiff in the affidavit, the clerk mistakenly entered a default against the Defendants. Rule 60(a) empowers this court to vacate a default entered against a party in the case of mistake. Since the default entered against the Defendants resulted from a clerical oversight, the default must be vacated.

## Conclusion

**WHEREFORE**, for the foregoing reasons, and the entire record in this case, Defendants requests that the Default be Vacated and that the court grant such further relief as the nature of this cause shall require.

Respectfully submitted,

PETER J. NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/ Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/ Darrell Chambers
DARRELL CHAMBERS[2]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C. 20001
202-724-6539
darrell.chambers@dc.gov

---

[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS OMEKAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-02134-JDB |
| METROPOLITAN POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

This certifies that on the 28th day of APRIL, 2008, a true and correct copy of the foregoing Defendants Motion to Vacate Default was mailed first class, postage pre-paid, to:

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735
Plaintiff, pro se

/S/ Darrell Chambers
DARRELL CHAMBERS

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS OMEKAM, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 07-02134-JDB |
| METROPOLITAN POLICE DEPARTMENT, et al., | ) |
|     Defendants. | ) |

### ORDER

Upon consideration of the Defendants Motion to Vacate Default, the hearing on the motion, if any, and any Opposition thereto, it is this ____ day of _____, 2008 by the United States District Court for the District of Columbia:

**ORDERED**: That the motion be and it is hereby, **GRANTED**; and it is further,

**ORDERED**: That the DEFAULT entered in this matter on April 17, 2008 shall be STRICKEN; and it is further,

**ORDERED**: That this matter be reinstated by the clerk of the court.

_____
J  U  D  G  E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS OMEKAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-02134-JDB |
| METROPOLITAN POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

ORDER

Upon consideration of the Defendants Motion to Vacate Default, the hearing on the motion, if any, and any Opposition thereto, it is this ___ day of _____, 2008 by the United States District Court for the District of Columbia:

**ORDERED**: That the motion be and it is hereby, **GRANTED**; and it is further,

**ORDERED**: That the DEFAULT entered in this matter on April 17, 2008 shall be STRICKEN; and it is further,

**ORDERED**: That this matter be reinstated by the clerk of the court.

_____
J   U   D   G   E



JURY, PROSE-NP, TYPE-H

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-02134-JDB**

OMEKAM v. DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT et al
Assigned to: Judge John D. Bates
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 11/23/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**CHRIS C. OMEKAM**           represented by   **CHRIS C. OMEKAM**
                                               5920 Plata Street
                                               Clinton, MD 20735
                                               (202) 277-1203
                                               *PRO SE*

V.

**Defendant**

**DISTRICT OF COLUMBIA**           represented by   **Michelle Hamilton Davy**
**METROPOLITAN POLICE**                             Office of the Attorney General for the
**DEPARTMENT**                                      District of Columbia
*also known as*                                     Room 6S085
**MPD**                                             441 4th Street, N.W
                                                    Washington, DC 20007
                                                    (202) 724-6608
                                                    Fax: (202) 727-3625
                                                    Email: michelle.davy@dc.gov
                                                    *TERMINATED: 03/21/2008*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Darrell Chambers**
                                                    DISTRICT OF COLUMBIA OFFICE
                                                    OF THE ATTORNEY GENERAL
                                                    441 Fourth Street, NW
                                                    Suite 600 South
                                                    Washington, DC 20001
                                                    (202) 724-6539
                                                    Email: darrell.chambers@dc.gov

**Defendant**

**NOLA M. JOYCE**           represented by   **Michelle Hamilton Davy**
*in her official capacity as Chief of*       (See above for address)

| | |
|---|---|
| *Staff/Senior Director, DCMPD* | TERMINATED: 03/21/2008<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Darrell Chambers**<br>(See above for address) |

**Defendant**

| | |
|---|---|
| **DEBRA HOFFMASTER**<br>*in her official capacity as Executive Director, DCMPD* | represented by **Darrell Chambers**<br>(See above for address) |

**Defendant**

| | |
|---|---|
| **ETHEL JONES**<br>*in her official capacity as Inspector, DCMPD* | represented by **Michelle Hamilton Davy**<br>(See above for address)<br>TERMINATED: 03/21/2008<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Darrell Chambers**<br>(See above for address) |

**Defendant**

| | |
|---|---|
| **RICKY MITCHELL**<br>*in his official capacity as Captain, DCMPD* | represented by **Michelle Hamilton Davy**<br>(See above for address)<br>TERMINATED: 03/21/2008<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Darrell Chambers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2007 | 1 | COMPLAINT against DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL ( Filing fee $ 350, receipt number 4616008535) filed by CHRIS C. OMEKAM. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit 16# 18 Exhibit 17)(lc, ) (Entered: 11/28/2007) |
| 11/23/2007 | | SUMMONS Not Issued as to DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL (lc, ) (Entered: 11/28/2007) |
| 12/06/2007 | | Summons (5) Issued as to DISTRICT OF COLUMBIA |

| | | |
|---|---|---|
| | | METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL. (mmh, ) (Entered: 12/06/2007) |
| 01/10/2008 | 2 | MOTION for Extension of Time to File Response/Reply by DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, ETHEL JONES, RICKY MITCHELL (Davy, Michelle) (Entered: 01/10/2008) |
| 01/10/2008 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT served on 12/13/2007, answer due 1/2/2008; NOLA M. JOYCE served on 12/28/2007, answer due 1/17/2008; DEBRA HOFFMASTER served on 12/16/2007, answer due 1/7/2008; ETHEL JONES served on 12/18/2007, answer due 1/7/2008; RICKY MITCHELL served on 12/26/2007, answer due 1/15/2008 (lc, ) (Entered: 01/16/2008) |
| 01/11/2008 | 3 | ORDER: Upon consideration of defendant's 2 Motion for Extension of Time to File Response/Reply 2 ; it is hereby ordered that the motion is GRANTED; and it is ordered that defendants METROPOLITAN POLICE, ETHEL JONES, NOLA JOYCE, AND RICKY MITCHELL shall answer or otherwise respond to complaint by not later than by 3/18/2008. Signed by Judge John D. Bates on 01/11/08. (tb, ) (Entered: 01/11/2008) |
| 03/18/2008 | 5 | MOTION for Extension of Time to File Answer re 1 Complaint,, by DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL (Attachments: # 1 Text of Proposed Order) (Chambers, Darrell) (Entered: 03/18/2008) |
| 03/18/2008 | | MINUTE ORDER: Upon consideration of 5 defendants' motion for an extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED, and it is further ORDERED that defendants shall file responsive pleadings by not later than March 28, 2008. Signed by Judge John D. Bates on 3/18/2008. (lcjdb2) (Entered: 03/18/2008) |
| 03/21/2008 | 6 | NOTICE OF SUBSTITUTION OF COUNSEL by Darrell Chambers on behalf of DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL Substituting for attorney Michelle Hamilton Davy (Chambers, Darrell) (Entered: 03/21/2008) |
| 03/28/2008 | 7 | MOTION to Dismiss *Complaint* by DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL (Attachments: # 1 Exhibit #1, # 2 Text of Proposed Order)(Chambers, Darrell) (Entered: 03/28/2008) |
| 04/11/2008 | 8 | MOTION for Order for a default judgment against the defendants under RUle 12(a)(1)(A) & (4)(B); Rule 55(a)(b)(1)&(2); and RUle 56(a) of the |

|            |    |                                                                                                                                                                                                                                                   |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Federal RUles of Civil Procedure granting plaintiff relief of compensatory and punitive damages requested in the original complaints, cost and such other reliefs as may be apporporate by CHRIS C. OMEKAM (td, ) (Entered: 04/17/2008) |
| 04/17/2008 | 9  | MILITARY AFFIDAVIT by CHRIS C. OMEKAM. (td, ) (Entered: 04/23/2008)                                                                                                                                                                               |
| 04/17/2008 | 10 | AFFIDAVIT FOR DEFAULT by CHRIS C. OMEKAM. (td, ) Modified on 4/23/2008 (td, ) adding; "Leave to file GRANTED" by Judge John D. Bates 4/17/08. (Entered: 04/23/2008)                                                                                |
| 04/17/2008 | 11 | Clerk's ENTRY OF DEFAULT as to DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL (td, ) (Entered: 04/23/2008)                                                                      |

| PACER Service Center |               |                  |                  |
|----------------------|---------------|------------------|------------------|
| Transaction Receipt  |               |                  |                  |
| 04/23/2008 16:56:10  |               |                  |                  |
| PACER Login:         | us7107        | Client Code:     |                  |
| Description:         | Docket Report | Search Criteria: | 1:07-cv-02134-JDB |
| Billable Pages:      | 3             | Cost:            | 0.24             |



CO-547
Rev. 3/84

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RECEIVED

APR 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHRIS OMEKAM
_____
Plaintiff                                )
                                         )
                                         )
vs.                                      )    Civil Action No. 07-2134 (JDB)
                                         )    In re:
METROPOLITAN POLICE            )
DEPARTMENT, et al              )
_____
Defendant                                      _____
                                               (Defendant)

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this ___11th___ day of ___April___,
___2008___, (that I am the duly authorized agent of the plaintiff in the above-listed case and make this
certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case.)

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a _____.

_____
Attorney for Plaintiff
5920 PLATA STREET

CLINTON, MD 20735
_____

_____
Address

Default - Rule 55A (CO 40 Revised-DC 02/00)



# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

CHRIS OMEKAM

Plaintiff(s)

Civil Action No. 07-2134 JDB

v.

METROPOLITAN POLICE DEPARTMENT, ET AL.,

Defendant(s)

RE: DEFENDANTS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on December 13,16,18, 26, 28, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 17th day of April, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
Deputy Clerk