UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRIS OMEKAM,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-02134-JDB<br>)<br>)<br>)<br>)<br>) |

THE METROPOLITAN POLICE DEPARTMENT'S MEMORANDUM
IN OPPOSITION TO PLAINTIFF'S MOTION FOR AN IMMEDIATE ORDER OF DEFAULT

Defendants, Metropolitan Police Department ("MPD"), Ethel Jones ("Jones"), Debra Hoffmaster ("Hoffmaster"), Nola Joyce ("Joyce"), and Ricky Mitchell ("Mitchell"), collectively referred to herein as Defendants, by and through counsel, files this opposition to Plaintiff's Motion for Immediate Order for a Default Judgment, stating:

Plaintiff filed the instant motion on April 11, 2008, electronically served on counsel for the Defendants on April 17, 2008, alleging that the Defendants failed to respond to his Complaint after two extensions were granted by the Court. Plaintiff also filed an affidavit in support of default, certifying that the Defendants have not filed a pleading in response to the complaint, and a military affidavit. See Exhibit #2 and 3 attached hereto. Contrary to Plaintiff's contention, the Defendants filed a response to his complaint on March 28, 2008 as required by this Court's Order of March 18, 2008. See *Court Docket Entries* attached as Exhibit #1; Defendants also refer the Court to their Motion to Dismiss the complaint, already a part of the Court's record. Undersigned counsel for the Defendants mailed a copy of the Motion, exhibits,

and proposed order to Plaintiff at his address of record on March 28, 2008. Plaintiff's motion is without merit.

## Conclusion

WHEREFORE, for the foregoing reasons, and the entire record in this case, defendants requests that Plaintiff's Motion be Denied and that the court grant such further relief as the nature of this cause shall require.

Respectfully submitted,

PETER J. NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/ Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. 1

/S/ Darrell Chambers
DARRELL CHAMBERS[1]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C. 20001
202-724-6539
darrell.chambers@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2

## CERTIFICATE OF SERVICE

This certifies that on the 28th day of APRIL, 2008, a true and correct copy of the foregoing, the Defendants' Opposition to Plaintiff's Motion for Order for Default Judgment was mailed first class, postage pre-paid, to:

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735
Plaintiff, pro se

/S/ Darrell Chambers
DARRELL CHAMBERS

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS OMEKAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-02134-JDB |
| | ) |
| METROPOLITAN POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Plaintiff's Motion for Order for Default Judgment and the Defendants' Opposition thereto, it is this _____ day of _____, 2008 by the United States District Court for the District of Columbia:

**ORDERED**: That the Plaintiff's motion be and it is hereby, **DENIED**.

_____
J U D G E

4



JURY, PROSE-NP, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:07-cv-02134-JDB

OMEKAM v. DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT et al
Assigned to: Judge John D. Bates
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 11/23/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

CHRIS C. OMEKAM   represented by   CHRIS C. OMEKAM
5920 Plata Street
Clinton, MD 20735
(202) 277-1203
PRO SE

V.

**Defendant**

DISTRICT OF COLUMBIA
METROPOLITAN POLICE
DEPARTMENT
*also known as*
MPD

represented by **Michelle Hamilton Davy**
Office of the Attorney General for the
District of Columbia
Room 6S085
441 4th Street, N.W
Washington, DC 20007
(202) 724-6608
Fax: (202) 727-3625
Email: michelle.davy@dc.gov
*TERMINATED: 03/21/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darrell Chambers**
DISTRICT OF COLUMBIA OFFICE
OF THE ATTORNEY GENERAL
441 Fourth Street, NW
Suite 600 South
Washington, DC 20001
(202) 724-6539
Email: darrell.chambers@dc.gov

**Defendant**

NOLA M. JOYCE
*in her official capacity as Chief of*

represented by **Michelle Hamilton Davy**
(See above for address)

*Staff/Senior Director, DCMPD*

TERMINATED: 03/21/2008
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Darrell Chambers**
(See above for address)

**Defendant**

**DEBRA HOFFMASTER**
*in her official capacity as Executive Director, DCMPD*

represented by **Darrell Chambers**
(See above for address)

**Defendant**

**ETHEL JONES**
*in her official capacity as Inspector, DCMPD*

represented by **Michelle Hamilton Davy**
(See above for address)
TERMINATED: 03/21/2008
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Darrell Chambers**
(See above for address)

**Defendant**

**RICKY MITCHELL**
*in his official capacity as Captain, DCMPD*

represented by **Michelle Hamilton Davy**
(See above for address)
TERMINATED: 03/21/2008
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Darrell Chambers**
(See above for address)
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2007 | 1 | COMPLAINT against DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL ( Filing fee $ 350, receipt number 4616008535) filed by CHRIS C. OMEKAM. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit 16# 18 Exhibit 17)(lc, ) (Entered: 11/28/2007) |
| 11/23/2007 | | SUMMONS Not Issued as to DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL (lc, ) (Entered: 11/28/2007) |
| 12/06/2007 | | Summons (5) Issued as to DISTRICT OF COLUMBIA |

| | | |
|---|---|---|
| | | METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL. (mmh, ) (Entered: 12/06/2007) |
| 01/10/2008 | 2 | MOTION for Extension of Time to File Response/Reply by DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, ETHEL JONES, RICKY MITCHELL (Davy, Michelle) (Entered: 01/10/2008) |
| 01/10/2008 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT served on 12/13/2007, answer due 1/2/2008; NOLA M. JOYCE served on 12/28/2007, answer due 1/17/2008; DEBRA HOFFMASTER served on 12/16/2007, answer due 1/7/2008; ETHEL JONES served on 12/18/2007, answer due 1/7/2008; RICKY MITCHELL served on 12/26/2007, answer due 1/15/2008 (lc, ) (Entered: 01/16/2008) |
| 01/11/2008 | 3 | ORDER: Upon consideration of defendant's 2 Motion for Extension of Time to File Response/Reply 2 ; it is hereby ordered that the motion is GRANTED; and it is ordered that defendants METROPOLITAN POLICE, ETHEL JONES, NOLA JOYCE, AND RICKY MITCHELL shall answer or otherwise respond to complaint by not later than by 3/18/2008. Signed by Judge John D. Bates on 01/11/08. (tb, ) (Entered: 01/11/2008) |
| 03/18/2008 | 5 | MOTION for Extension of Time to File Answer re 1 Complaint,, by DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL (Attachments: # 1 Text of Proposed Order)(Chambers, Darrell) (Entered: 03/18/2008) |
| 03/18/2008 | | MINUTE ORDER: Upon consideration of 5 defendants' motion for an extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED, and it is further ORDERED that defendants shall file responsive pleadings by not later than March 28, 2008. Signed by Judge John D. Bates on 3/18/2008. (lcjdb2) (Entered: 03/18/2008) |
| 03/21/2008 | 6 | NOTICE OF SUBSTITUTION OF COUNSEL by Darrell Chambers on behalf of DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL Substituting for attorney Michelle Hamilton Davy (Chambers, Darrell) (Entered: 03/21/2008) |
| 03/28/2008 | 7 | MOTION to Dismiss *Complaint* by DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL (Attachments: # 1 Exhibit #1, # 2 Text of Proposed Order)(Chambers, Darrell) (Entered: 03/28/2008) |
| 04/11/2008 | 8 | MOTION for Order for a default judgment against the defendants under RUle 12(a)(1)(A) & (4)(B); Rule 55(a)(b)(1)&(2); and RUle 56(a) of the |

| | | |
|---|---|---|
| | | Federal RUles of Civil Procedure granting plaintiff relief of compensatory and punitive damages requested in the original complaints, cost and such other reliefs as may be apporporate by CHRIS C. OMEKAM (td, ) (Entered: 04/17/2008) |
| 04/17/2008 | 9 | MILITARY AFFIDAVIT by CHRIS C. OMEKAM. (td, ) (Entered: 04/23/2008) |
| 04/17/2008 | 10 | AFFIDAVIT FOR DEFAULT by CHRIS C. OMEKAM. (td, ) Modified on 4/23/2008 (td, ) adding; "Leave to file GRANTED" by Judge John D. Bates 4/17/08. (Entered: 04/23/2008) |
| 04/17/2008 | 11 | Clerk's ENTRY OF DEFAULT as to DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, NOLA M. JOYCE, DEBRA HOFFMASTER, ETHEL JONES, RICKY MITCHELL (td, ) (Entered: 04/23/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/23/2008 16:56:10 | | | |
| PACER Login: | us7107 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-02134-JDB |
| Billable Pages: | 3 | Cost: | 0.24 |

*John D. Bates* 4/17/08
**John D. Bates**
**United States District Judge**

CO-538
Rev. 3/87



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Chris Omekam, Plaintiff

)
)
vs.  )    Civil Action No. 07-2134 (JDB)
)
Metropolitan Police )
Department, et al, Defendants )
)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __11th__ day of __April__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __failed to answer the Summons that__ was [were]:

[personally served with process on __13th day of December, 2007__].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

*Chris C. Omekam*
Attorney for Plaintiff(s) [signature]
5920 Plata Street
Maryland, 20735
202-277-1203

_____
Bar Id. Number

Address and Telephone Number



CO-547
Rev. 3/84

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RECEIVED

APR 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHRIS OMEKAM
_____
Plaintiff                      )
                               )
                               )
vs.                            )   Civil Action No. 07-2134 (JDB)
                               )   In re:
METROPOLITAN POLICE            )
DEPARTMENT, et al              )
_____
Defendant                          _____
                                       (Defendant)

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this  11th  day of  April  , 2008 , (that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case.)

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a _____.

_____
Attorney for Plaintiff
5920 Plata Street

Clinton, MD 20735
_____

_____
Address

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS OMEKAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-02134-JDB |
| | ) |
| METROPOLITAN POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion for Order for Default Judgment and the Defendants' Opposition thereto, it is this _____ day of _____, 2008 by the United States District Court for the District of Columbia:

**ORDERED**: That the Plaintiff's motion be and it is hereby, **DENIED**.

_____
J   U   D   G   E