UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Chris Omekam,            )
                         )
    Plaintiff            )
                         )
V.                       )        Civil Action No. 07-2134 (JDB)
                         )
Metropolitan Police      )
Department, et al,       )
                         )
    Defendants.          )

## PLAINTIFF'S MOTION TO DENY DEFENDANTS MOTION TO VACATE DEFAULT

Plaintiff, by Pro se, hereby requests that this Honorable Court deny Defendants' counsel request to vacate the *Default Judgment* filed against the Defendants pursuant to Fed. R. of Civ. Pro. 55(a), (b) (1), (d); and 62(b), for the following reasons:

1. March 24, 2008, Defendants counsel called Plaintiff from his Office at approximately 6:15 p.m. and introduced himself as the Defendants' legal counsel. Defendants' counsel informed the Plaintiff that this Honorable Court has granted Defendants another extension for the submission of the Defendants pleadings or answer to Plaintiff's

RECEIVED
MAY - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

complaint. Plaintiff was told by the Defendants' counsel that the Judges Order granting the extension has been mailed to Plaintiff's residence.

2. On the evening of March 24, 2008, Plaintiff received the Court Order in the mail from the Defendants' counsel.

3. On March 28, Defendants' counsel failed to serve Plaintiff with the Defendants' pleadings, Fed. Rules of Civ. Pro. 12(a) (4) (B).

4. On April 8, 2008, Plaintiff went to the U.S. District Court to ascertain what kind of remedy should be available to Plaintiff against the Defendants for not complying with this honorable Court's order.

5. On April 11, 2008, Defendants pleading was not received by the Plaintiff and Plaintiff subsequently in good faith filed an affidavit certifying that Defendant's failed to plead or respond to Plaintiff's complaint.

6. Defendants were supposed to serve Plaintiff with the responsive pleading within 10 days of the new court order fixed by this honorable Court, which was March 28, 2008.

7. Defendants' counsel argued and presented a copy of the Court's docket' stating that a copy of the Defendants' pleading was sent to the Plaintiff's residence on March 28, 2008.

8. Plaintiff is not an attorney by profession and had been guided so far by the Federal Rules of Civil Procedures and strongly believes pursuant to Fed. Rules of Civ. Pro. 12(b) (5), that "an insufficiency of service of process" has taken place.

9. Plaintiff on May 1, 2008, received copies of two motions filed by the Defendant's counsel that were mailed to the Plaintiff's residence on April 28, 2008.

10. Plaintiff has still not received a copy of the Defendants' pleading alleged to have been mailed by the Defendants' counsel to the Plaintiff's residence on March 28, 2008.

11. Defendants counsel has failed to proof that a copy of the Defendants' pleadings was actually mailed to the Plaintiff's residence.  The mere claim by the Defendants' counsel that a copy was mailed to Plaintiff's residence should be considered insufficient.

12. **Plaintiff has not received a copy of the Defendants' pleading which will now impact adversely the Plaintiff's ability to comply with the Fed. Rules of Civ. Pro. 12(a) (2), requiring Plaintiff to answer within 20 days after service of the Defendants' pleading.**

13. Plaintiff finds the Defendants' counsel action for not properly serving Plaintiff with the Defendants' pleading misleading and unacceptable.

14. Plaintiff's affidavit at the time and in Plaintiff's good conscience was not false and misleading in that Plaintiff was not properly served and still have not been served and as a result believed that Defendants were in violation of the Court Order.

## Conclusion

WHEREFORE, the Plaintiff request that Defendants' Motion to Vacate Default be Denied and the court grant such further relief as found appropriate base on the reasons stated above.

Respectfully submitted,

_____
Chris C. Omekam, Plaintiff

Chris C. Omekam
5920 Plata Street
Clinton, MD 20735
202.277.1203 (telephone)
202.730.0516 (fax)