UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS C. OMEKAM,<br>5920 Plata Street<br>Clinton, MD  20735<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>414 4th Street, N.W.<br>Washington, D.C.  20001<br><br><br>    Defendant | )<br>)<br>) Case No.   1:07-cv-02134-JDB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPERANCE**

Please enter the appearance as counsel for Plaintiff, Chris C. Omekam, of Alan Lescht and Susan Kruger of the undersigned law firm.

                                                            Respectfully submitted,

                                                            _____/s/_____
                                                            Alan Lescht, DC Bar # 441691
                                                           Susan L. Kruger, DC Bar # 414566
                                                           Alan Lescht & Assoc., PC
                                                           1050 17th St., NW, Suite 220
                                                           Washington, D.C. 20036
                                                           Tel (202) 463-6036
                                                           Fax (202) 463-6067
                                                          Attorneys for Plaintiff