UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS C. OMEKAM, ) | |
| 5920 Plata Street ) | |
| Clinton, MD  20735 ) | Case No.    1:07-cv-02134-JDB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| 414 4th Street, N.W. ) | |
| Washington, D.C.  20001 ) | |
| ) | |
| Serve:  Mayor Adrian M. Fenty ) | |
|         1350 Pennsylvania Ave., N.W. ) | |
|         Room 419 ) | |
|         Washington, D.C.  20004 ) | |
| ) | |
|         Office of the Attorney General ) | |
|         441 4th Street, N.W. ) | |
|         Suite 600 S ) | |
|         Washington, D.C.  20001 ) | |
| ) | |
|         Defendant ) | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, Chris C. Omekam, by counsel, states the following in support of his motion for leave to file an amended complaint:

Mr. Omeckam filed a pro se complaint on November 23, 2007 against the District of Columbia Metropolitan Police Department, Nola M. Joyce, Debra Hoffmaster, Ethel Jones and Ricky Mitchell.  Defendants moved to dismiss the complaint.  The amended complaint cures the deficiencies raised in the Defendants' motion.  The amended

complaint names the District of Columbia as the sole Defendant and only alleges violations of Title VII of the Civil Rights Act of 1964. A copy of the amended complaint is attached as Exhibit A.

    Under Fed Rule Civ. P. 15(a)(2), leave to file an amended complaint should be freely given when justice so requires.

                                          Respectfully submitted,

                                          _____/s/_____
                                          Alan Lescht, DC Bar # 441691
                                          Susan L. Kruger, DC Bar # 414566
                                          Alan Lescht & Assoc., PC
                                          1050 17th St., NW, Suite 220
                                          Washington, D.C. 20036
                                          Tel (202) 463-6036
                                          Fax (202) 463-6067
                                          Attorneys for Plaintiff