UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRIS OMEKAM,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-02134-JDB<br>)<br>)<br>)<br>)<br>) |

CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO AMENDED COMPLAINT

Defendant, the District of Columbia, through undersigned counsel, respectfully moves this Honorable Court for an enlargement of time within which to serve an answer or otherwise respond to the Complaint, stating:

1. The Plaintiff filed his complaint on November 23, 2007. The District filed a Motion to Dismiss on March 28, 2008.

2. On June 13, 2008 Plaintiff, through counsel, filed a Motion to Amend the Complaint along with an Amended Complaint on June 13, 2008. The Court, by Order dated June 25, 2008 deemed the Amended Complaint filed as of June 25, 2008. The District's response to the Amended Complaint is due on July 10, 2008.

3. The Amended Complaint raises different issues and a number of factual matters which need to be resolved with the assistance of the client agency, MPD, so that a responsive pleading can be filed.

4. Due to litigation obligations in other cases, counsel for the District seeks an enlargement of eighteen (18) days within which to file a responsive pleading.

5. Counsel for the District has a pre-planned vacation beginning July 11, 2008 and ending July 17, 2008, and a two day hearing at the D.C. Office of Human Rights the following week. Upon returning, counsel is scheduled to begin a two day hearing at the D.C. Officer of Human Rights July 21-22. The District requests an enlargement of time to confer with the MPD and to prepare and serve an appropriate response to the Amended Complaint. If this motion is granted, undersigned counsel is confident that a responsive pleading can be filed on behalf of the Defendant on or before July 28, 2008.

6. Counsel for the Plaintiff has consented to the relief sought in this motion.

In support of this motion, defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

PETER J. NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/   Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C. 20001
202-724-6539
e-mail: darrell.chambers@dc.gov

## CERTIFICATE PURSUANT TO LOCAL RULE 12-I

I HEREBY CERTIFY that I contacted plaintiff's counsel, Susan L. Kruger, on June 23, 2008, to request her consent to the District's Motion to Enlarge.  Plaintiff consents to this request.

/S/   Darrell Chambers
DARRELL CHAMBERS

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 26th day of JUNE, 2008, a copy of Defendants' Motion For Enlargement of Time to Respond to the Amended Complaint was served electronically upon:

Alan Lescht, Esquire
Susan L. Kruger, Esquire
Alan Lescht & Associates, PC
1050 17th Street, NW, Suite 220
Washington, DC 20036

/S/   Darrell Chambers
DARRELL CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRIS OMEKAM,         ) | |
|                                        ) | |
|     Plaintiff,     ) | |
|                      ) | |
| v.       ) | Civil Action No. 07-02134-JDB |
|                      ) | |
| DISTRICT OF COLUMBIA     ) | |
|                      ) | |
|     Defendants.     ) | |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Fed. R. Civ. P. 6(b)(1).

3. All the reasons set forth in the accompanying motion.

4. The inherent authority of the Honorable Court.

Respectfully submitted,

PETER J. NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/  Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C. 20001
202-724-6539
e-mail: darrell.chambers@dc.gov
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of JUNE, 2008, copies of the foregoing Consent Motion for Enlargement of Time to Respond to the Amended Complaint, Memorandum of Points and Authorities, and Proposed Order were mailed first class, postage prepaid to:

Alan Lescht, Esquire
Susan L. Kruger, Esquire
Alan Lescht & Associates, PC
1050 17th Street, NW, Suite 220
Washington, DC 20036


/S/   Darrell Chambers
DARRELL CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS OMEKAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-02134-JDB |
| | ) |
| METROPOLITAN POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Enlarge Time for Responding to the Amended Complaint, there being no opposition thereto, and it appearing that a grant of the motion would be just and proper, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

    1.    That the Motion is hereby GRANTED; and

    2.    That the District shall file a responsive pleading no later than Monday July 28, 2008.


_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRIS OMEKAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-02134-JDB |
| | ) |
| METROPOLITAN POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the Defendant's Consent Motion to Enlarge Time for Responding to the Amended Complaint, there being no opposition thereto, and it appearing that a grant of the motion would be just and proper, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

    1.    That the Motion is hereby GRANTED; and

    2.    That the District shall file a responsive pleading no later than Monday July 28, 2008.

_____
UNITED STATES DISTRICT JUDGE