UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS OMEKAM, | ) |
|       Plaintiff, | ) |
| | ) Civil Action No. 07-02134-JDB |
| v. | ) |
| DISTRICT OF COLUMBIA | ) |
|       Defendant. | ) |

**ON CONSENT: PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT**

On consent of Defendant, Plaintiff moves for an Order extending his time to respond to Defendant's Motion to Dismiss Amended Complaint to September 8, 2008. The Plaintiff submits that this extension is necessary due to the vacation schedules of his attorneys and due to the fact that Plaintiff will also be out of town and unable to consult with his attorneys.

.

_____/s/_____
Alan Lescht, Bar No. 441691
Susan L. Kruger, Bar No. 414566
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
(202) 463-6067 (fax)
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRIS OMEKAM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) Civil Action No. 07-02134-JDB |
| v. | ) |
| | ) |
| | ) |
| **DISTRICT OF COLUMBIA** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of Plaintiff's motion for an extension of time to respond to the Defendant's Motion to Dismiss Amended Complaint, it is hereby ORDERED that the motion is GRANTED and that Plaintiff shall file his response by September 8, 2008.

_____
United States District Judge